B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Massachusetts | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lamson And Goodnow Manufacturing Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **04-1521630** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**45 Conway Street**<br>**Shelburne Falls, MA**<br>ZIPCODE **01370** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**45 Conway Street, Shelburne Falls, MA**    ZIPCODE **01370** | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____<br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending:<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                    Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer       ☑ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Lamson And Goodnow Manufacturing Company** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lamson And Goodnow Manufacturing Company** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Gary M. Weiner*<br>Signature of Attorney for Debtor(s)<br><br>**Gary M. Weiner 548341**<br>**Weiner & Lange, P.C.**<br>**95 State Street Suite 918**<br>**Springfield, MA  01103**<br>**(413) 732-6840  Fax: (413) 785-5666**<br>**GWeiner@Weinerlegal.com**<br><br><br><br>**August 15, 2014**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____<br>Signature |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ John  Ross Anderson*<br>Signature of Authorized Individual<br><br>**John  Ross Anderson**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**August 15, 2014**<br>Date | _____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Massachusetts**

| IN RE: | Case No. _____ |
|---|---|
| Lamson And Goodnow Manufacturing Company | Chapter **11** |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **TransCanada Hydro Northeast**<br>450 - 1 Street SW<br>Calgary, AB  T2P 5H1 | **Bowditch & Dewey LLP**<br>**Mark Powers, Esq**<br>311 Main Street, PO Box 15156<br>Worcester, MA  01615 | | Contingent<br>Unliquidated<br>Disputed | 211,000.00 |
| **Source 21**<br>PO Box 2100<br>Sound Beach, NY  11789 | | | | 49,347.04 |
| **Airgas**<br>PO Box 802576<br>Chicago, IL  60680 | | | | 22,088.73 |
| **United Perf. Metals**<br>PO Box 934502<br>Atlanta, GA  31193 | | | | 18,420.56 |
| **UPS Mfg**<br>PO Box 730900<br>Dallas, TX  75373 | | | | 16,012.78 |
| **Reynolds**<br>47 Bridge Street<br>South Barre, VT  05670 | | | | 15,693.66 |
| **Skoler, Abbott & Presser**<br>1 Monarch Place, Suite 2000<br>Springfield, MA  01144 | | | | 14,497.70 |
| **Blue Cross Blue Shield**<br>PO Box 371318<br>Pittsburgh, PA  15250 | | | | 14,098.67 |
| **Kinamore**<br>63 N. Plains Industrial Road<br>Wallingford, CT  06492 | | | | 10,513.93 |
| **Town Of Buckland**<br>17 State Street<br>Shelburne Falls, MA  01370 | | | | 9,969.90 |
| **Pullman Comley**<br>90 State House Square<br>Hartford, CT  06103 | | | | 9,964.00 |
| **Schilling Forge**<br>606 Factory Avenue<br>Syracuse, NY  03208 | | | | 8,116.28 |
| **Travelers**<br>450 Columbus Boulevard<br>Hartford, CT  06103 | | | | 7,567.80 |
| **Prime Materials**<br>72 Commerce Drive<br>Uxbridge, MA  01569 | | | | 6,523.50 |

| | |
|---|---:|
| **Nunez, Viudu de Julian Nunez, SA**<br>Poligono In Campollano Calle H N4 Aprado<br>Correos 5099 Albacete<br>SPAIN, | 5,943.10 |
| **Yangjiang Cohesion Economic Trading Co.**<br>No. B1-6 Huaguan Garden<br>Xinjiang Bei Road Yangjang Guangdong<br>CHINA, | 5,676.65 |
| **AB Container**<br>21 Manning Road<br>Enfield, CT  06082 | 5,647.68 |
| **N.E. Heat Treat**<br>101 Springdale Road<br>Westfield, MA  01085 | 5,558.00 |
| **Plastic Design**<br>180 Middlesex Street<br>N. Chelmsford, MA  01863 | 5,287.60 |
| **Rochester Abrasives**<br>65 Pixley Industrial Parkway<br>Rochester, NY  14624 | 4,758.72 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 15, 2014**     Signature: ***/s/ John  Ross Anderson***

                                                            **John  Ross Anderson, President**
                                                            <span style="float:right">(Print Name and Title)</span>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Massachusetts**

**IN RE:**                                                                                    Case No. _____

**Lamson And Goodnow Manufacturing Company**                        Chapter **11**
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 15, 2014**         Signature: */s/ John Ross Anderson*
                                            **John Ross Anderson, President**                                    Debtor

Date: _____    Signature: _____
                                                                                        Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A & M Compresed Air
40 Industrial Drive
Uxbridge, MA   01569


AB Container
21 Manning Road
Enfield, CT   06082


Abrasives & Tools, Inc.
345 Greenwood Street
Worcester, MA   01607-1767


Airgas
PO Box 802576
Chicago, IL   60680


American Arbitration
One Center Plaza, Suite 300
Boston, MA   02108


AT & T Mobility
PO Box 536216
Atlanta, GA   30353


Axis CN
39 Gould Road
Ware, MA   01082


Behilo Consulting
PO Box 1174
Greenfield, MA   01302


Blue Cross Blue Shield
PO Box 371318
Pittsburgh, PA   15250

```
Blue Tarp
PO Box 105525
Atlanta, GA   30348


Bostley Sanitary
268 East Colrain Road
Colrain, MA   01340


Bowditch & Dewey LLP
Mark Powers, Esq
311 Main Street, PO Box 15156
Worcester, MA   01615


Brown Wood
PO Box 598052
Chicago, IL   60659


Canepari's Landscape
PO Box 146
Shelburne Falls, MA   01370


Carl's Four Season Yardscape Service
Carl Bravmann
PO Box 328
Shelburne Falls, MA   01370


Clendenin Brothers
4309 Erdman Avenue
Baltimore, MD   21213


Comcast
PO Box 1577
Newark, NJ   07101
```

Cowan Auto
26 Clark Street
Greenfield, MA  01301


Dekco
28 Ryler Court
N. Grosvenordale, CT  06255


Detectoguard
106 Wells Street
Greenfield, MA  01301


Divine Brothers
200 Seward Avenue
Utica, NY  13502


Downes & Reader
PO Box 456
60 Evans Drive
Stoughton, MA  02072


Eastern Physical Test
PO Box 86
Unionville, CT  06085


ERC Wipes
19 Bennett Street
Lynn, MA  01905


Evans Coatings
1330 Souter Drive
Troy, MI  48083


EW Martin Electric
PO Box 399
Greenfield, MA  01302

```
Fastenal Company
PO Box 1286
Winona, MN  55987-1286


Fedex
PO Box 371461
Pittsburgh, PA  15250


FW Webb
160 Middlesex Turnpike
Bedford, MA  01730


Home Depot
PO Box 9055
Des Moines, IA  50368


Hubbard Hall
PO Box 790
Waterbury, CT  06720


Innovative Business Systems
161 Northampton Street
Easthampton, MA  01027


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


IVO Cutelarias
PO Box 1 Est Nac 360 No. 20
2475 Santa Catarina CLD
PORTUGAL,


J. Ross Anderson
782 Colrain Road
Greenfield, MA  01301
```

```
James Pelletier
57 Jessie Lane
Westfield, MA   01085


John Roberts
Creamery Avenue
Shelburne Falls, MA   01370


Kinamore
63 N. Plains Industrial Road
Wallingford, CT   06492


Massachusetts Department Of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA   02114


McMaster Carr
PO Box 440
New Brunswick, NJ   08903


Mobile Hearing
PO Box 456
Norton, MA   02766


Mole Hollow
PO Box 223
Sturbridge, MA   01566


Monadnok Vending
52 Victoria Street
Keene, NJ   03431


N.E. Heat Treat
101 Springdale Road
Westfield, MA   01085
```

```
National Filter
9 Fairfield Boulevard
Wallingford, CT  06492


National Grange
PO Box 731178
Dallas, TX  75373


NEMF
5302 Wheeler Road
Jordan, NY  03080


NewTek Small Business Finance, Inc.
2nd Floor
60 Hempstead Avenue
West Hempstead, NY  11552


Nitsch Tool
1715 Grant Boulevard
Syracuse, NY  13208


Nunez, Viudu de Julian Nunez, SA
Poligono In Campollano Calle H N4 Aprado
Correos 5099 Albacete
SPAIN,


Penn Stainless
190 Kelly Road
Quakertown, PA  18951


Phoenix Life
PO Box 643070
Pittsburgh, PA  15264
```

Plastic Design
180 Middlesex Street
N. Chelmsford, MA  01863


Prime Materials
72 Commerce Drive
Uxbridge, MA  01569


Pullman Comley
90 State House Square
Hartford, CT  06103


RBS Citizens
PO Box 42113
Providence, RI  02940


Red Hawk Security
6 Airport Road
Hopedale, MA  01747


Republic Services
PO Box 9001099
Louisville, KY  40290


Reynolds
47 Bridge Street
South Barre, VT  05670


Richard Smith
PO Box 1476
Greenfield, MA  01302


Rochester Abrasives
65 Pixley Industrial Parkway
Rochester, NY  14624

```
Schilling Forge
606 Factory Avenue
Syracuse, NY  03208


Shelburne Business Association
PO Box 42
Shelburne Falls, MA  01370


Skoler, Abbott & Presser
1 Monarch Place, Suite 2000
Springfield, MA  01144


Source 21
PO Box 2100
Sound Beach, NY  11789


Strategic Information Resources
155 Brookdale Drive
Springfield, MA  01104


Suburban Propane
PO Box 160
Whippany, NJ  07981


Synergy
320 Carleton Avenue
Central Islip, NY  11722


The Principal Group
PO Box 10372
Des Moines, IA  50392


Titus Steel
6767 Invader Crescent
Mississauga, ON  L5T 2B0
```

```
Town Of Buckland
17 State Street
Shelburne Falls, MA   01370


TransCanada Hydro Northeast
450 - 1 Street SW
Calgary, AB   T2P 5H1


Travelers
450 Columbus Boulevard
Hartford, CT   06103


Triatic
22 Grassmere Avenue
West Hartford, CT   06110


UE Local 274
United Electrical, Radio & Machine Worke
80 Schools Street
Greenfield, MA   13012


United Perf. Metals
PO Box 934502
Atlanta, GA   31193


UPS Mfg
PO Box 730900
Dallas, TX   75373


USA Small Business Administration
801 Tom Martin Drive, Suite 120
Birmingham, AL   35211


Valley Machine
33 Wayside Avenue
West Springfield, MA   01086
```

```
Vector Tool
PO Box 1135
Westfield, MA  01086


Verizon
PO Box 15124
Albany, NY  12212


Western Mass. Electric
PO Box 650851
Dallas, TX  75265


Willow Tool
15110 Foltz Industrial Parkway
Strongsville, OH  44149


Yangjiang Cohesion Economic Trading Co.
No. B1-6 Huaguan Garden
Xinjiang Bei Road Yangjang Guangdong
CHINA,


YARDE METALS
45 Newell Street
Southington, CT  06489


YRC Freight
PO Box 13573
Newark, NJ  07188


Zizik Powers
690 Canton Street, Suite 306
Westwood, MA  02090
```