UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 14-30798-HJB |
| LAMSON AND GOODNOW | |
|    MANUFACTURING COMPANY | |
|                     Debtor | |
| In re | Chapter 11 |
| | Case No. 14-30799-HJB |
| LAMSON AND GOODNOW, LLC | |
|                     Debtor | |
| In re | Chapter 11 |
| | Case No. 14-307801-HJB |
| LAMSON AND GOODNOW RETAIL, LLC | |
|                     Debtor | |

**MOTION BY DEBTORS AND DEBTORS IN POSSESION FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Lamson and Goodnow, LLC, ("LLC"), Lamson and Goodnow Manufacturing Company ("Company") and Lamson and Goodnow Retail, LLC ("Retail"), hereby move this Court for the entry of order pursuant to Rule 1015 (b) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rule 1015-1(a) of the Massachusetts Local Bankruptcy Rules ("MLBR") directing the joint administration of their Chapter 11 cases. The requested joint administration would be for procedural purposes only. The Debtors are affiliates as defined under 11 U.S.C. §101, et seq. of the United States Bankruptcy Code. Approval of this motion will eliminate the need to file duplicative motions and will ease the administrative burden on the Court and all interested parties. The Debtors request that this Court designate the case captioned Lamson and Goodnow Manufacturing Company as the lead case in these bankruptcy proceedings. In further

08/18/2014 GRANTED.