# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** Lamson And Goodnow Manufacturing Company   **Case Number:** 14-30798   (MSH)   **Ch:** 11

Telephonic Hearing on #8 Debtors' Emergency Motion for Order Pursuant to 11 USC Sections 364(c)(1), (2) and (d)(1) for Authority to Obtain Secured Post Petition Financing and #19 Objection of Newtek Small Business Financing, Inc.

**COURT ACTION:**

| | | |
|---|---|---|
| Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____

_____ Proposed Order Submitted by_____

_____ Stipulation to be Submitted by_____

_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

CONTINUED TO 9/3/2014 AT 11:30 A.M. BEFORE THE HON. HENRY BOROFF IN SPRINGFIELD.

IT IS SO ORDERED:

_____   Dated: 08/19/2014

Melvin S. Hoffman
United States Bankruptcy Judge