# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Lamson And Goodnow Manufacturing Company    **Case Number:** 14-30798    (MSH)    **Ch:** 11

Telephonic Hearing on #10  Debtors' Emergency Motion for Authorization for Use of Cash Collateral and Grant of Continuing Security Interest and #19 Objection of Newtek Small Business Financing, Inc.

**COURT ACTION:**

\_\_\_ Show Cause Order         _____ Released                _____ Enforced
_____ Granted               _____ Approved                _____ Moot
_____ Denied                _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained             _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

AUTHORITY TO USE CASH COLLATERAL GRANTED ON AN INTERIM BASIS IN ACCORDANCE WITH AN AGREED ORDER OF THE PARTIES.

A FORM OF ORDER SHALL BE FILED BY NO LATER THAN 8/20/2014 AT 4:30 P.M. IN WORD FORMAT TO MSH@MAB.USCOURTS.GOV

A FURTHER HEARING IS SCHEDULED FOR 9/3/2014 AT 11:30 A.M. BEFORE THE HON. HENRY BOROFF IN SPRINGFIELD.

IT IS SO ORDERED:

_____  Dated: 08/19/2014
Melvin S. Hoffman
United States Bankruptcy Judge