UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) | Case Nos.    14-30798-HJB |
| LAMSON AND GOODNOW | ) | 14-30799-HJB |
|     MANUFACTURING COMPANY | ) | 14-30801-HJB |
|  | ) | Jointly administered under |
|     DEBTOR | ) | 14-30798-HJB |
|  | ) |  |

### EMERGENCY MOTION BY DEBTORS-IN-POSSESSION FOR AUTHORITY TO PAY PREPETITION WAGES, BENEFITS, SALARIES, AND PAYROLL TAXES
### (REQUEST TO LIMIT NOTICE)

To the Honorable Henry J. Boroff, Bankruptcy Judge:

Now come LAMSON AND GOODNOW MANUFACTURING COMPANY, LAMSON AND GOODNOW, LLC and LAMSON AND GOODNOW RETAIL, LLC (collectively, the "Debtors"), the Debtors-in-Possession in the above-captioned matters who through their counsel, the firm of Weiner & Lange, P.C., move this Court for authority to pay prepetition wages, salaries, and payroll taxes.  In support of this Motion the Debtors state:

1. This Court has jurisdiction to consider and determine this Motion pursuant to 28 U.S.C. §1334.  This is a core proceeding within the meaning of 28 U.S.C. §157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. That on August 15, 2014, the Debtors filed voluntary petitions seeking relief under the provisions of Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Massachusetts.

1

3.  That pursuant to Sections 1107 and 1108 of Title 11, the Debtors continue to operate their businesses and manage their affairs as Debtors-In-Possession. No Trustee or Examiner has been requested or been appointed.

4.  On August 15, 2014, the Debtors filed a Motion for Entry of Order Directing Joint Administration of the Chapter 11 Cases. Said Motion was allowed on August 18, 2014.

5.  Employees are paid every Thursday and the next pay period runs from August 11, 2014 through August 22, 2014 and is due to be paid on August 28, 2014. Half of the pay period is considered prepetition pay.

6.  LAMSON AND GOODNOW MANUFACTURING COMPANY (the "Company") operates a manufacturing facility on commercial property it owns at 45 Conway Street, Shelburne Falls, Massachusetts (the "Property"). The Company presently employs 18 individuals; 2 employees were laid off on the date of the petition. Of the employees remaining, 13 are union employees who were paid wages on August 14, 2014 for the work period of July 28, 2014 through August 8, 2014. There are 5 employees who were not paid on August 14, 2014.

7   LAMSON AND GOODNOW, LLC (the "LLC"), which markets and sells knives and cutlery, operates on the Property and presently employs 7 individuals. All 7 employees were not paid on August 14, 2014 for wages earned prior to that date. One employee left the company on or about August 14, 2014.

8   LAMSON AND GOODNOW RETAIL, LLC ("Retail") operates a retail outlet and website on the Property and presently employs 2 individuals. One full time employee was laid off on the petition date and the 2 remaining employees are part time and are paid

2

on an hourly basis. The 2 remaining employees were not paid on August 14, 2014 for wages earned prior to that date.

9. The Debtors' employees are owed various sums for wages, benefits and salaries ("Compensation") and on the date of the filing the Debtors were unable to pay all employees for wages incurred prior to the date of filing due in part to cash flow considerations and in part as they were not payable to the employees in the ordinary pay cycle.

10. The employees who were not paid on August 14, 2014 for the payroll period of July 25, 2014 through August 8, 2014 are nonunion employees consisting of salaried management employees and hourly employees who remain loyal to the Debtor, however, the lack of compensation has created enormous financial pressure on their households.

11. Payroll which is due to be paid on August 28, 2014 is for all remaining employees and will consist of one week ( August 11, 2014 -August 15, 2014) which was prepetition and one week which is post petition ( August 18, 2014 – August 22, 2014).

12. Any delay in paying compensation to these employees will severely disrupt the Debtors' relationship with their employees and irreparably impair the morale of employees at the very time when their dedication, confidence and cooperation are critical. Continuation of employees' service is essential to the Debtors' ongoing business operations. In the event the relief requested by this motion is not granted, the Debtors' prospects for successful reorganization would be seriously jeopardized as many of the employees will be forced to leave the company to look for employment elsewhere.

13. Payment of the prepetition wages for these employees is consistent with the budget filed with the Debtors' motion for use of cash collateral. Said budget is attached hereto as Exhibit "A". A list of the proposed wage payments is listed hereto as Exhibit "B".

14. The debtors did lay off several employees on the petition date and this motion seeks only to pay those employees who remain with the Debtors.

15. The Debtors also request the authority to pay taxes associated with wages and salaries for the payroll period ending on August 15, 2014 and August 28, 2014.

16. The Compensation owed to the Debtors' employees will in all instances qualify for the $12,475.00 priority status granted by 11 U.S.C. § 507(a)(4). The aggregate amount involved is less than $14,000.00. Payment of the Compensation should completely dispose of § 507(a)(4) priority claims for these employees.

17. Upon approval of the Motion For Emergency Hearing regarding this Motion, a copy of this motion, and any notices or orders thereon, will be served by electronic mail or facsimile upon the United States Trustee's office, all federal and state taxing authorities, the Debtors' secured creditors, Union representatives and the thirty-five unsecured creditors of the combined lists of all Debtors, this includes the top twenty unsecured creditors in Lamson Manufacturing, the top ten unsecured creditors in Lamson LLC and the top five unsecured creditors in Lamson Retail plus all parties who have requested notice be provided.

**WHEREFORE**, in order to maintain the continuity of the Debtors' businesses and to preserve the morale of their continuing labor force, the Debtors ask this Court to enter an Order granting the Debtors authority to pay prepetition wages, salaries and associated taxes and the Debtors pray for such other and further relief as is just and proper.

        The Debtors,
LAMSON AND GOODNOW MANUFACTURING COMPANY,
LAMSON AND GOODNOW, LLC, and
LAMSON AND GOODNOW RETAIL, LLC
By their attorney,

/s/Gary M. Weiner, Esq.
Gary M. Weiner, Esq., BBO # 548341
Jennifer Butler, Esq., BB0# 685152
WEINER & LANGE, P.C.
95 State Street, Suite 918
Springfield, MA 01103
Tel. (413) 732-6840
Fax. (413) 785-5666
Email: Gweiner@Weinerlegal.com
Date: August 26, 2014

| Week ending... | 8/23/2014 | 8/30/2014 | 9/6/2014 |
|---|---|---|---|
| **Week Number** | **1** | **2** | **3** |
| Cash Balance from Prior Week Total | $35,209 | $16,635 | $2,545 |
| **INCOME** | | | |
| Newtec LOC receipts | $0 | $22,200 | $19,479 |
| L&G accounts Receivable | $3,000 | $15,000 | $15,000 |
| Retail Store Receipts | $4,000 | $6,000 | $9,000 |
| Other | | | |
| | | | |
| Capital Infusion: DIP Funding | | | $300,000 |
| Employee Contribution to Health Care | | $2,254 | |
| | | | |
| **Total: Received** | $7,000 | $45,454 | $343,479 |
| **Total: Received + Balance** | $42,209 | $62,089 | $346,024 |
| **EXPENSES** | | | |
| | | | |
| Admin, Sales Shipping, Retail Payroll | | $12,500 | $16,042 |
| Production Payroll (Net) | | $13,375 | |
| Holiday & Vacation Pay | | | |
| Payroll Fed taxes (employer) | | $1,750 | $9,102 |
| Payroll Employee withheld state & fed | | $6,137 | $3,529 |
| Liability, Workers Comp, Auto (Travelers) | $15,144 | | |
| Life & Disability | $350 | | |
| Health Ins (employee+employer match) | | $11,928 | $11,985 |
| Rent | $300 | | $0 |
| Electricity / Utilities | | $2,000 | |
| RE Taxes | | | $9,969 |
| Telephone | $85 | $200 | $200 |
| Cell phones | | $100 | |
| Waste Services | $400 | | |
| Travel, gas, mileage | | | $400 |
| Tooling expense | | | |
| Freight In | | | $1,000 |
| Materials | | | |
| Equipment leases | | | |
| Subcontracting | | | $1,000 |
| Maintenance & Repairs M&E, Tooling etc. | $2,500 | $4,000 | $4,000 |
| Maintenance, Buildings | | | |
| Cleaning: shop floors, offices, rest rooms | | | |
| Shop & office supplies | | $4,000 | |
| Shipping expense FED Ex, UPS etc. | $3,000 | $600 | $600 |
| Rent | | | |
| IT Systems, | | $1,454 | |
| Accounting firm | | | |
| Legal | | | |



EXHIBIT A

| | | | |
|---|---:|---:|---:|
| Sales Commissions | $500 | $500 | $500 |
| Advertisisng | | | |
| Bank Fees (ACH) | | | |
| CreditCard Fees (from Retail sales) | | | $1,200 |
| Cash Discounts | $500 | | $500 |
| Newtek Loan pay | | | $13,260 |
| Trump Finance | $1,795 | | |
| Private loan repayment (DIP) | | | |
| SBA interest only loan on Mortgage | | | |
| US Trustee  Paid qtrly due10/15 for 3 qtr | | | |
| Inv Purchases - Hot Spot | | | |
| Inv Purchases - Steel | | | |
| Inv Purchases - Forgings | | | |
| Inv Purchases - Wire | | | |
| Inv Purchases - other | $1,000 | $1,000 | $1,000 |
| | | | |
| **Total Expenses** | $25,574 | $59,544 | $74,287 |
| **Cash Balance** | $16,635 | $2,545 | $271,737 |

**Exhibit B**

Lamson & Goodnow Companies

| Name | Gross Wages due 8/14/14 | due 8/28/14 wages earned prepetition 8/11-8/15 | wages earned post petition 8/18-8/22 |
|---|---|---|---|
| **Lamson & Goodnow Retail, LLC** | | | |
| Pelletier, Catherine | $ 344.50 | 321.75 | 289.25 |
| Cross, Melinda | $ 321.00 | 186.00 | |
| | $ **665.50** | **507.75** | **289.25** |
| **Lamson & Goodnow, LLC** | | | |
| Dufresne, Lorna J | $ 1,436.16 | 743.94 | 743.94 |
| Hines, Laurie J. | $ 1,125.00 | 600.00 | 120 |
| Huddy, Gail M | $ 1,538.47 | 769.20 | 769.2 |
| Sallee, Morgan | $ 877.54 | 481.54 | 151.54 |
| Schacht, Alyssa | $ 1,391.54 | 712.79 | 409.04 |
| Underwood, Nancy | $ 1,691.54 | 871.70 | 461.62 |
| Westfall, Alex | $ 927.00 | 453.00 | 63 |
| | $ **8,987.25** | **4,632.17** | **2718.34** |
| **Lamson & Goodnow Manufacturing Inc.** | | | |
| Anderson, Douglas J | 2115.39 | 1,058.00 | 1058 |
| Brown, Lorraine M | | 650.40 | 130.08 |
| Chiasson, Kevin A | | 662.40 | 132.48 |
| Clark, Tyler J | | 650.40 | 130.08 |
| Fairbrother, Lawrence | | 650.40 | 130.08 |
| McClelland, James F. | 1617.04 | 814.29 | 467.54 |
| Miller, Patricia A | | 698.40 | 163.68 |
| Patenaude, Dana R | | 753.14 | 191.86 |
| Paulin, Timothy | 2011.54 | 1,011.54 | 711.54 |
| Pelletier, James C. | 4615.39 | 2,308.00 | 2308 |
| Peters, Joshua C | | 656.40 | 131.28 |
| Powell, Alan | | 650.40 | 113.82 |
| Powell, Eric | | 615.36 | 160.08 |
| Ryan III, James J | | 739.20 | 40 |
| Sevrens, Paul H | | 680.40 | 160.08 |
| Taylor, Cindy A | | 650.40 | 130.08 |
| Vight, Ronald | | 650.40 | 130.08 |
| Walk, Caleb E. | 1550.01 | 780.74 | 473.06 |
| | **11909.37** | **14,680.27** | **6761.82** |
| Wages | **21562.12** | **19,820.19** | **9769.41** |
| estimated taxes due | $2,000.00 | 1,516.25 | 747.36 |

EXHIBIT B