# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  Lamson And Goodnow Manufacturing Company        Case Number:  14-30798        Ch:  11

**MOVANT/APPLICANT/PARTIES:**

#8  Debtors' Emergency Motion for Order Pursuant to 11 USC Sections 364(c)(1), (2) and (d)(1) for Authority to Obtain Secured Post Petition Financing

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied    Denied without prejudice    Withdrawn in open court    Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
     No appearance/response by:_____
  ✔  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


WITHDRAWN IN OPEN COURT.


IT IS SO NOTED:                               IT IS SO ORDERED:

                                              *[signature: Henry Jack Boroff]*
_____               _____Dated: 09/03/2014
Courtroom Deputy