# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Lamson And Goodnow Manufacturing Company         Case Number: 14-30798         Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#10 Further hearing on Debtor's Use of Cash Collateral

**OUTCOME:**

- ___ Granted ___ Denied ___ Approved ___ Sustained
- ___ Denied ___ Denied without prejudice ___ Withdrawn in open court ___ Overruled
- ___ OSC enforced/released
- ___ Continued to:_____ For:_____
- ___ Formal order/stipulation to be submitted by:_____ Date due:_____
- ___ Findings and conclusions dictated at close of hearing incorporated by reference
- ___ Taken under advisement: Brief(s) due_____ From_____
  Response(s) due_____ From_____
- ___ Fees allowed in the amount of: $_____ Expenses of: $_____
- ___ No appearance/response by:_____
- ✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

CONTINUED TO 09/17/14 AT 11:30AM IN SPRINGFIELD

SUPPLEMENTAL PROPOSED ORDER TO BE SUBMITTED BY THE PARTIES NO LATER THAN 09/04/14

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ Henry Jack Boroff

_____                   _____ Dated: 09/03/2014
Courtroom Deputy