UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| | Case Nos. 14-30798-HJB |
| LAMSON AND GOODNOW | 14-30799-HJB |
| MANUFACTURING COMPANY | 14-30801-HJB |
| | Jointly administered under |
| Debtor | 14-30798-HJB |

## ORDER ON DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO OBTAIN UNSECURED DEBT

At Springfield, in said District, on this 12th day of September, 2014.

Upon consideration of the Motion of the Debtors-in-Possession herein, praying for an Order authorizing Lamson and Goodnow Manufacturing Company, ("Company"), Lamson and Goodnow, LLC, ("LLC") and Lamson and Goodnow Retail, LLC, ("Retail"), (collectively the "Debtors" and "Debtors-in Possession"), to obtain unsecured credit in the amount of $175,000.00 ("loans") and for authority to repay the borrowed funds, after hearing upon notice, for cause shown, it is hereby

ORDERED that the Debtors are authorized to borrow $150,000.00 pursuant to 11 U.S.C. §364(b) from Peter Elliott of 82 Highland Avenue, Greenfield, Massachusetts to be utilized to fund operations including but not limited to the purchase of raw materials; and it is further

ORDERED that the Debtors are authorized to borrow $25,000.00 pursuant to 11 U.S.C. §364(b) from James Pelletier of 57 Jessie Lane, Westfield, Massachusetts to be utilized to fund operations including but not limited to the purchase of raw materials; and it is further

ORDERED that the Debtors are authorized to pay Peter Elliott and James Pelletier from the normal operations of the Debtors during the week ending January 3, 2015; and it is further

ORDERED that the Debtors shall pay the loans from Peter Elliott and James Pelletier at an interest rate of 10% per annum calculated and compounded monthly; and it is further

ORDERED that should the Debtors fail to pay Peter Elliot or James Pelletier in accordance with the terms of their respective loans, the Lender, should he so elect to seek to collect any attorney fees or costs in collection of said loans, will be required to seek this Court's approval of same.

HONORABLE HENRY J. BOROFF
Bankruptcy Judge