B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Lamson And Goodnow Manufacturing Company**                    Case No. **3:14-bk-30798**
_____                    _____
            Debtor(s)                                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                              Debtor

Date: _____   Signature: _____
                                                                        (Joint Debtor, if any)
                                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Lamson And Goodnow Manufacturing Company** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of *29* sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 6, 2014** _____   Signature: ***/s/ John Ross Anderson***

                              **John Ross Anderson** _____
                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Massachusetts

IN RE:                                                                    Case No. **3:14-bk-30798**

**Lamson And Goodnow Manufacturing Company**                              Chapter **11**
Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 2,100,000.00 | | |
| B - Personal Property | Yes | 3 | $ 3,475,327.45 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 3,102,444.15 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 33,302.79 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 669,249.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 25 | $ 5,575,327.45 | $ 3,804,996.71 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Lamson And Goodnow Manufacturing Company                Case No. 3:14-bk-30798
_____                       _____
            Debtor(s)                                                   (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Greenfield Co-operative Bank operating account ending in 7769** **Greenfield Co-operative Bank payroll account ending in 9088** | | 134.16 70.44 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Mass Mutual Financial Group universal life policy key man insurance for J. Ross Anderson, President cash surrender value is $14,465.00** **Mass Mutual Financial Group whole life policy key man insurance for J. Ross Anderson, President cash surrender value is $94,100.00 proceeds are pledged to Newtek Small Business Finance, Inc.** | | 600,000.00 500,000.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Lamson And Goodnow Manufacturing Company**                    Case No. __3:14-bk-30798__
_____
Debtor(s)                                                                              (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **claim against TransCanada resulting from flooding after Hurricane Irene** | | **unknown** |
| | | **Potential claim against Brian Hayes, former President of company for breach of fiduciary obligations** | | **unknown** |
| | | **Utility rights pursuant to an easement recorded on 9/8/1910 in the Franklin County Registry of Deeds at Book 564, Page 19 current value of rights based on appraisal provided by Energy Ventures Analysis, Inc. on 12/18/12 ( avoided power savings estimated to have a net present value of $868,000.)  may be subject to a setoff and the net present day value is $307,000.00.** | | **307,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Volvo S80  45,000 miles Kelley Blue Book** | | **16,277.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Lamson And Goodnow Manufacturing Company                    Case No. 3:14-bk-30798
_____                              _____
Debtor(s)                                                                      (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | see attached list marked Exhibit "A" values stated are based on book basis provided by the debtor see notes on no. 29 herein as  to desktop appraisal obtained by secured lender, Newtek on 11/20/12 | | 253,121.90 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | see attached list marked Exhibit "B" values stated are based on book basis provided by the debtor secured lender on 11/20/12 issued a Desktop appraisal which placed an orderly liquidation value of $1,140,061 on all combined assets of Debtor and its affliates and Forced liquidation value of $766,879.00. | | 2,706,089.25 |
| 30. Inventory. | | inventory and raw materials | | 84,069.70 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 4,466,762.45 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

B6E (Official Form 6E) (04/13)

IN RE **Lamson And Goodnow Manufacturing Company**     Case No. **3:14-bk-30798**

      Debtor(s)                                                       (If known)

### AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **3** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Lamson And Goodnow Manufacturing Company
Debtor(s)

Case No. **3:14-bk-30798**
(If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Caleb E. Walk**<br>**63 Washington Street**<br>**Greenfield, MA 01301** | | | unpaid wages | | | | 1,550.01 | 1,550.01 | |
| ACCOUNT NO.<br>**Douglas J. Anderson**<br>**286 Plain Road**<br>**Greenfield, MA 01301** | | | unpaid wages and unreimbursed expenses | | | | 3,140.39 | 2,115.39 | 1,025.00 |
| ACCOUNT NO.<br>**George Platner**<br>**43A Martindale Road**<br>**Bernardston, MA 01337** | | | unpaid wages | | | | 1,571.54 | 1,571.54 | |
| ACCOUNT NO.<br>**James F. McClelland**<br>**390 Log Plain Road**<br>**Greenfield, MA 01301** | | | unpaid wages | | | | 1,617.04 | 1,617.04 | |
| ACCOUNT NO.<br>**James Pelletier**<br>**57 Jessie Lane**<br>**Westfield, MA 01085** | | | unpaid wages and unreimbursed expenses | | | | 8,012.22 | 4,615.39 | 3,396.83 |
| ACCOUNT NO.<br>**Kathleen Miller**<br>**152 Wells Street**<br>**Greenfield, MA 01301** | | | unpaid wages | | | | 672.00 | 672.00 | |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **16,563.20** | $ **12,141.37** | $ **4,421.83**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE Lamson And Goodnow Manufacturing Company                              Case No. 3:14-bk-30798
        Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Matthew O'Brien** <br> **10 Kimberly Lane** <br> **Turner Falls, MA 01337** | | | unpaid wages and unreimbursed expenses | | | | 3,794.56 | 3,106.93 | 687.63 |
| ACCOUNT NO. <br> **Timothy Paulin** <br> **345B West Gill Road** <br> **Gill, MA 01354** | | | unpaid wages and unreimbursed expenses | | | | 2,331.59 | 2,011.54 | 320.05 |
| ACCOUNT NO. <br> **Timothy R. Mundell** <br> **78 Hazelton Road** <br> **Rowe, MA 01367** | | | unpaid wages | | | | 643.54 | 643.54 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 6,769.69 | $ 5,762.01 | $ 1,007.68 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE Lamson And Goodnow Manufacturing Company                                Case No. 3:14-bk-30798
                          Debtor(s)                                                        (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Town Of Buckland 17 State Street Shelburne Falls, MA 01370** | | | property taxes | | | | 9,969.90 | 9,969.90 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 9,969.90 | $ 9,969.90 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 33,302.79 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 27,873.28 | $ 5,429.51 |

B6F (Official Form 6F) (12/07)

IN RE Lamson And Goodnow Manufacturing Company     Case No. **3:14-bk-30798**
_____
Debtor(s)                                 (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**A & M Compressed Air**<br>**40 Industrial Drive**<br>**Uxbridge, MA  01569** | | | trade debt | | | | 1,649.69 |
| ACCOUNT NO. <br><br>**AB Container**<br>**21 Manning Road**<br>**Enfield, CT  06082** | | | trade debt | | | | 5,647.68 |
| ACCOUNT NO. <br><br>**Abrasives & Tools, Inc.**<br>**345 Greenwood Street**<br>**Worcester, MA  01607-1767** | | | trade debt | | | | 4,239.03 |
| ACCOUNT NO. <br><br>**Airgas**<br>**PO Box 802576**<br>**Chicago, IL  60680** | | | trade debt | | | | 22,088.73 |

___**12**_ continuation sheets attached

Subtotal
(Total of this page)   $   **33,625.13**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lamson And Goodnow Manufacturing Company                    Case No. **3:14-bk-30798**
_____                              _____
                    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>American Arbitration<br>One Center Plaza, Suite 300<br>Boston, MA  02108 | | | mediation services | | | | 1,000.00 |
| ACCOUNT NO. <br><br>AT & T Mobility<br>PO Box 536216<br>Atlanta, GA  30353 | | | trade debt | | | | 237.66 |
| ACCOUNT NO. <br><br>Auburn Leather Company<br>D/B/A Caldwell Gasket  D/B/A Triple C<br>PO Box 188<br>Auburn, KY  42206 | | | Goods sold and delievered | | | | 327.71 |
| ACCOUNT NO. <br><br>Axis CN<br>39 Gould Road<br>Ware, MA  01082 | | | trade debt | | | | 2,280.00 |
| ACCOUNT NO. <br><br>Behilo Consulting<br>PO Box 1174<br>Greenfield, MA  01302 | | | trade debt | | | | 2,378.26 |
| ACCOUNT NO. <br><br>Blue Cross Blue Shield<br>PO Box 371318<br>Pittsburgh, PA  15250 | | | health insurance premiums | | | | 14,098.67 |
| ACCOUNT NO. <br><br>Blue Tarp<br>PO Box 105525<br>Atlanta, GA  30348 | | | trade debt | | | | 51.97 |

Sheet no. _____1___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **20,374.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lamson And Goodnow Manufacturing Company                          Case No. 3:14-bk-30798
_____
                        Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bostley Sanitary** <br> **268 East Colrain Road** <br> **Colrain, MA  01340** | | | trade debt | | | | 500.00 |
| ACCOUNT NO. <br> **Brown Wood** <br> **PO Box 598052** <br> **Chicago, IL  60659** | | | trade debt | | | | 2,734.20 |
| ACCOUNT NO. <br> **Canepari's Landscape** <br> **PO Box 146** <br> **Shelburne Falls, MA  01370** | | | trade debt | | | | 1,660.00 |
| ACCOUNT NO. <br> **Carl's Four Season Yardscape Service** <br> **Carl Bravmann** <br> **PO Box 328** <br> **Shelburne Falls, MA  01370** | | | trade debt | | | | 220.00 |
| ACCOUNT NO. <br> **Carl's LLC** <br> **Carl Bravmann** <br> **PO Box 328** <br> **Shelburne Falls, MA  01370** | | | trade debt | | | | 460.00 |
| ACCOUNT NO. <br> **Clendenin Brothers** <br> **4309 Erdman Avenue** <br> **Baltimore, MD  21213** | | | trade debt | | | | 58.11 |
| ACCOUNT NO. <br> **Comcast** <br> **PO Box 1577** <br> **Newark, NJ  07101** | | | trade debt | | | | 790.52 |

Sheet no. __2__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   6,422.83

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lamson And Goodnow Manufacturing Company          Case No. 3:14-bk-30798
_____          _____
                        Debtor(s)                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cowan Auto** <br> **26 Clark Street** <br> **Greenfield, MA 01301** | | | trade debt | | | | 138.25 |
| ACCOUNT NO. <br> **Dekco** <br> **28 Ryler Court** <br> **N. Grosvenordale, CT 06255** | | | trade debt | | | | 1,271.40 |
| ACCOUNT NO. <br> **Detectoguard** <br> **106 Wells Street** <br> **Greenfield, MA 01301** | | | trade debt | | | | 342.00 |
| ACCOUNT NO. <br> **Divine Brothers** <br> **200 Seward Avenue** <br> **Utica, NY 13502** | | | trade debt | | | | 3,609.59 |
| ACCOUNT NO. <br> **Downes & Reader** <br> **PO Box 456** <br> **60 Evans Drive** <br> **Stoughton, MA 02072** | | | trade debt | | | | 4,141.05 |
| ACCOUNT NO. <br> **Eastern Physical Test** <br> **PO Box 86** <br> **Unionville, CT 06085** | | | trade debt | | | | 500.00 |
| ACCOUNT NO. <br> **ERC Wipes** <br> **19 Bennett Street** <br> **Lynn, MA 01905** | | | trade debt | | | | 105.00 |

Sheet no. ___3___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  10,107.29

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lamson And Goodnow Manufacturing Company**     Case No. **3:14-bk-30798**
<br>_____
<br>Debtor(s)                                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Evans Coatings**<br>**1330 Souter Drive**<br>**Troy, MI 48083** | | | trade debt | | | | 263.70 |
| ACCOUNT NO.<br>**EW Martin Electric**<br>**PO Box 399**<br>**Greenfield, MA 01302** | | | trade debt | | | | 287.50 |
| ACCOUNT NO.<br>**Fastenal Company**<br>**PO Box 1286**<br>**Winona, MN 55987-1286** | | | trade debt | | | | 1,004.99 |
| ACCOUNT NO.<br>**Fedex**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250** | | | trade debt | | | | 1,265.18 |
| ACCOUNT NO.<br>**FW Webb**<br>**160 Middlesex Turnpike**<br>**Bedford, MA 01730** | | | trade debt | | | | 788.64 |
| ACCOUNT NO.<br>**Home Depot**<br>**PO Box 9055**<br>**Des Moines, IA 50368** | | | trade debt | | | | 2,050.36 |
| ACCOUNT NO.<br>**Hubbard Hall**<br>**PO Box 790**<br>**Waterbury, CT 06720** | | | trade debt | | | | 1,634.36 |

Sheet no. _____**4** of _____**12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,294.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lamson And Goodnow Manufacturing Company**      Case No. **3:14-bk-30798**
_____      _____
                        Debtor(s)                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Innovative Business Systems 161 Northampton Street Easthampton, MA 01027** | | | trade debt | | | | **2,908.00** |
| ACCOUNT NO. **IVO Cutelarias PO Box 1 Est Nac 360 No. 20 2475 Santa Catarina CLD PORTUGAL,** | | | trade debt | | | | **1,849.20** |
| ACCOUNT NO. **John Roberts Creamery Avenue Shelburne Falls, MA 01370** | | | trade debt | | | | **463.50** |
| ACCOUNT NO. **John Ross Anderson 782 Colrain Road Greenfield, MA 01301** | | | Unsecured loans granted to debtor by $116,976.00 listed on debtor and affiliates combined Balance sheet as of 12/31/2013 plus additional loans in 2014 totaling $37,796.00. | | | | **154,772.00** |
| ACCOUNT NO. **Kevin Chaisson 41 Old Albany Road Greenfield, MA 01301** | | | unpaid expenses | | | | **91.94** |
| ACCOUNT NO. **Kinamore 63 N. Plains Industrial Road Wallingford, CT 06492** | | | trade debt | | | | **10,513.93** |
| ACCOUNT NO. **Lorraine Brown 204 Ed Clark Road Colrain, MA 01340** | | | unpaid expenses | | | | **48.82** |

Sheet no. _____**5**_ of ____**12**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **170,647.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lamson And Goodnow Manufacturing Company _____  Case No. **3:14-bk-30798**
_____
Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **McMaster Carr** <br> **PO Box 440** <br> **New Brunswick, NJ  08903** | | | trade debt | | | | **1,505.57** |
| ACCOUNT NO. <br> **Mobile Hearing** <br> **PO Box 456** <br> **Norton, MA  02766** | | | trade debt | | | | **580.00** |
| ACCOUNT NO. <br> **Mole Hollow** <br> **PO Box 223** <br> **Sturbridge, MA  01566** | | | trade debt | | | | **2,812.80** |
| ACCOUNT NO. <br> **Monadnok Vending** <br> **52 Victoria Street** <br> **Keene, NJ  03431** | | | trade debt | | | | **414.99** |
| ACCOUNT NO. <br> **N.E. Heat Treat** <br> **101 Springdale Road** <br> **Westfield, MA  01085** | | | trade debt | | | | **5,558.00** |
| ACCOUNT NO. <br> **National Filter** <br> **9 Fairfield Boulevard** <br> **Wallingford, CT  06492** | | | trade debt | | | | **2,399.40** |
| ACCOUNT NO. <br> **National Grange** <br> **PO Box 731178** <br> **Dallas, TX  75373** | | | trade debt | | | | **364.00** |

Sheet no. ___**6**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,634.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lamson And Goodnow Manufacturing Company                    Case No. 3:14-bk-30798
_____                          _____
                    Debtor(s)                                              (If known)

### AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NEMF**<br>**5302 Wheeler Road**<br>**Jordan, NY 03080** | | | trade debt | | | | 127.89 |
| ACCOUNT NO.<br>**New Electric Sterling Heights, LLC**<br>**6475 19 1/2 Mile Road**<br>**Sterling Heights, MI 48314** | | | trade debt | | | | 1,850.00 |
| ACCOUNT NO.<br>**Nitsch Tool**<br>**1715 Grant Boulevard**<br>**Syracuse, NY 13208** | | | trade debt | | | | 260.00 |
| ACCOUNT NO.<br>**Nunez, Viudu de Julian Nunez, SA**<br>**Poligono In Campollano Calle H N4 Aprado**<br>**Correos 5099 Albacete**<br>**SPAIN,** | | | trade debt | | | | 5,943.10 |
| ACCOUNT NO.<br>**Penn Stainless**<br>**190 Kelly Road**<br>**Quakertown, PA 18951** | | | trade debt | | | | 410.72 |
| ACCOUNT NO.<br>**Phoenix Life**<br>**PO Box 643070**<br>**Pittsburgh, PA 15264** | | | trade debt | | | | 129.76 |
| ACCOUNT NO.<br>**Plastic Design**<br>**180 Middlesex Street**<br>**N. Chelmsford, MA 01863** | | | trade debt | | | | 5,287.60 |

Sheet no. ___7___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,009.07**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lamson And Goodnow Manufacturing Company                    Case No. **3:14-bk-30798**
_____                    _____
Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Prime Materials**<br>**72 Commerce Drive**<br>**Uxbridge, MA  01569** | | | trade debt | | | | 6,523.50 |
| ACCOUNT NO.<br>**Pullman Comley**<br>**90 State House Square**<br>**Hartford, CT  06103** | | | legal services provided to debtor in defense of claim brought by TransCanada.  Co Counsel with Zizik, Powers, O'connell, Spaulding & Lamontagne, P.C. | | | | 9,964.00 |
| ACCOUNT NO.<br>**Red Hawk Security**<br>**6 Airport Road**<br>**Hopedale, MA  01747** | | | trade debt | | | | 1,171.69 |
| ACCOUNT NO.<br>**Republic Services**<br>**PO Box 9001099**<br>**Louisville, KY  40290** | | | trade debt | | | | 1,209.59 |
| ACCOUNT NO.<br>**Reynolds**<br>**47 Bridge Street**<br>**South Barre, VT  05670** | | | trade debt | | | | 15,693.66 |
| ACCOUNT NO.<br>**Richard Smith**<br>**PO Box 1476**<br>**Greenfield, MA  01302** | | | trade debt | | | | 111.55 |
| ACCOUNT NO.<br>**Rochester Abrasives**<br>**65 Pixley Industrial Parkway**<br>**Rochester, NY  14624** | | | trade debt | | | | 4,758.72 |

Sheet no. ___**8**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **39,432.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lamson And Goodnow Manufacturing Company**                 Case No. **3:14-bk-30798**
_____                                         _____
Debtor(s)                                                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Schilling Forge** **606 Factory Avenue** **Syracuse, NY 03208** | | | trade debt | | | | 8,116.28 |
| ACCOUNT NO. **Shelburne Business Association** **PO Box 42** **Shelburne Falls, MA 01370** | | | trade debt | | | | 130.00 |
| ACCOUNT NO. **Skoler, Abbott & Presser** **1 Monarch Place, Suite 2000** **Springfield, MA 01144** | | | legal services | | | | 14,497.70 |
| ACCOUNT NO. **Source 21** **PO Box 2100** **Sound Beach, NY 11789** | | | trade debt | | | | 49,347.04 |
| ACCOUNT NO. **Strategic Information Resources** **155 Brookdale Drive** **Springfield, MA 01104** | | | trade debt | | | | 52.00 |
| ACCOUNT NO. **Suburban Propane** **PO Box 160** **Whippany, NJ 07981** | | | trade debt | | | | 1,639.17 |
| ACCOUNT NO. **Synergy** **320 Carleton Avenue** **Central Islip, NY 11722** | | | trade debt | | | | 2,000.00 |

Sheet no. ____**9**__ of ___**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **75,782.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lamson And Goodnow Manufacturing Company                    Case No. 3:14-bk-30798
_____                          _____
            Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Principal Group**<br>PO Box 10372<br>Des Moines, IA  50392 | | | trade debt | | | | 601.00 |
| ACCOUNT NO.<br>**Titus Steel**<br>6767 Invader Crescent<br>Mississauga, ON  L5T 2B0 | | | trade debt | | | | 3,958.25 |
| ACCOUNT NO.<br>**TransCanada Hydro Northeast**<br>450 - 1 Street SW<br>Calgary, AB  T2P 5H1 | | | For electricity charges incurred by Debtor, disputed and part of litigation in Worcester Superior Court, debtor has counterclaim | X | X | X | 211,000.00 |
| ACCOUNT NO.<br>**Bowditch & Dewey LLP**<br>Mark Powers, Esq<br>311 Main Street, PO Box 15156<br>Worcester, MA  01615 | | | Assignee or other notification for:<br>TransCanada Hydro Northeast | | | | |
| ACCOUNT NO.<br>**Travelers**<br>450 Columbus Boulevard<br>Hartford, CT  06103 | | | life insurance premiums | | | | 7,567.80 |
| ACCOUNT NO.<br>**Triatic**<br>22 Grassmere Avenue<br>West Hartford, CT  06110 | | | trade debt | | | | 319.00 |
| ACCOUNT NO.<br>**United Perf. Metals**<br>PO Box 934502<br>Atlanta, GA  31193 | | | trade debt | | | | 18,420.56 |

Sheet no. ____10___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 241,866.61

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lamson And Goodnow Manufacturing Company**                Case No. **3:14-bk-30798**
                                                                                                                  _____
               Debtor(s)                                                                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **UPS Mfg** <br> **PO Box 730900** <br> **Dallas, TX  75373** | | | trade debt | | | | 16,012.78 |
| ACCOUNT NO. <br> **Valley Machine** <br> **33 Wayside Avenue** <br> **West Springfield, MA  01086** | | | trade debt | | | | 749.50 |
| ACCOUNT NO. <br> **Vector Tool** <br> **PO Box 1135** <br> **Westfield, MA  01086** | | | trade debt | | | | 2,500.00 |
| ACCOUNT NO. <br> **Verizon** <br> **PO Box 15124** <br> **Albany, NY  12212** | | | trade debt | | | | 329.43 |
| ACCOUNT NO. <br> **Western Mass. Electric** <br> **PO Box 650851** <br> **Dallas, TX  75265** | | | trade debt | | | | 1,282.88 |
| ACCOUNT NO. <br> **Willow Tool** <br> **15110 Foltz Industrial Parkway** <br> **Strongsville, OH  44149** | | | trade debt | | | | 840.00 |
| ACCOUNT NO. <br> **Yangjiang Cohesion Economic Trading Co.** <br> **No. B1-6 Huaguan Garden** <br> **Xinjiang Bei Road Yangjang Guangdong** <br> **CHINA,** | | | trade debt | | | | 5,676.65 |

Sheet no. ___**11**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **27,391.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lamson And Goodnow Manufacturing Company                    Case No. 3:14-bk-30798
_____                      _____
                    Debtor(s)                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**YARDE METALS**<br>**45 Newell Street**<br>**Southington, CT  06489** | | | trade debt | | | | **963.63** |
| ACCOUNT NO.<br>**YRC Freight**<br>**PO Box 13573**<br>**Newark, NJ  07188** | | | trade debt | | | | **4,202.25** |
| ACCOUNT NO.<br>**Zizik, Powers, O'Connell, Spaulding &**<br>**Lamontagne, P.C.**<br>**690 Canton Street, Suite 306**<br>**Westwood, MA  02090** | | | **Legal services provided representing debtor in civil action field by TransCanada.  Co counsel with Pullman Conley.** | | | | **3,495.67** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___12___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **8,661.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **669,249.77**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** <u>Lamson And Goodnow Manufacturing Company</u>                    Case No. <u>3:14-bk-30798</u>
                         Debtor(s)                                                           (If known)

## AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CIT Technology Financing Services, Inc.<br>One CIT Drive<br>Livingston, NJ 07039 | supply contract between debtor and CIT Technology Financing Services, Inc. for computer equipment and software |
| Brian Hayes<br>26 Oak Hill Road<br>Greenfield, MA 01301 | termination and severence agreement between debtor and debtor's former president, Brian Hayes |
| Dawn Mcdonald<br>Cooley Shrair PC<br>1380 Main Street<br>Springfield, MA 01103-0000 | |
| TransCanada Hydro Northeast<br>450 - 1 Street SW<br>Calgary, AB T2P 5H1 | utility rights contract in which debtor receives a perpetual right to electricity in exchange for its grant of an easement on its land to TransCanada |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

<div style="text-align:center">

**United States Bankruptcy Court**
**District of Massachusetts**

</div>

IN RE:                                                                    Case No. **3:14-bk-30798**

**Lamson And Goodnow Manufacturing Company**                             Chapter **11**
Debtor(s)

<div style="text-align:center">

## AMENDED STATEMENT OF FINANCIAL AFFAIRS

</div>

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<div style="text-align:center">

*DEFINITIONS*

</div>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT   SOURCE
   2,849,534.00   2012 income from operation of business (source: tax return)
   2,771,302.00   2013 income from operation of business (source: tax return)
     570,370.00   2014 income through 8/15/14

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<div style="writing-mode:vertical-rl">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐ preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

   *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| | | AMOUNT PAID OR VALUE OF | AMOUNT |
| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | TRANSFERS | STILL OWING |
| **See Attached List** | | **0.00** | **0.00** |

None *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑ who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐ bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| **TransCanada Power Marketing LTD v. Lamson and Goodnow Manufacturing Company 2014-0617B** | **suit on claim for unpaid electric bills** | **Trial Court of the Commonwealth of Massachusetts, Superior Court Department Worcester Division** | **pending** |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑ the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑ the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

### 6. Assignments and receiverships

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑ (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and joint petition is not filed.)

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑ commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
☑ gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100
per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the
☑ commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Weiner & Lange, P.C.**<br>**95 State Street, Suite 918**<br>**Springfield, MA  01103-0000** | | **25,500.00** |

**Debtor and its affiliates, Lamson and Goodnow, LLC and Lamson and Goodnow, Retail, LLC  paid the firm of Weiner And Lange, P.C. a total of $25,500.00.  An initial payment of $2000.00 was made in July of 2014 for financial consultation and $23,500.00 was paid in August of 2014 to file the three bankruptcy petitions .  This fee includes a filing fee of 1717.00 for each case.  Retainer of $8549.00 is being held by counsel.**

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **All-Clad**<br>**1 Boland Drive, Suite 101**<br>**W. Orange, NJ  07052** | **raw materials valued at $20,000.00** | **45 Conway Street**<br>**Shelburne Falls, MA 01370** |

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
Gail M. Huddy
411 Mohawk Trail
Shelburne Falls, MA  01370

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
Melanson Heath                      6/3/2014
51 Davis Street
Greenfield, MA  01301

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| NewTek Small Business Finance, Inc.<br>2nd Floor<br>60 Hempstead Avenue<br>West Hempstead, NY 11552 | |

**Loan was taken out in December of 2012/January 2013**

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| January 2013 | James Pelletier | |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| J. Ross Anderson<br>782 Colrain Road<br>Greenfield, MA 01301 | President | 100% |

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Brian Hayes<br>C/O Dawn McDonald, Esq.<br>1380 Main Street<br>Springfield, MA 01103 | President | April 2014 |

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION PLAN
**Lamson and Goodnow Manufacturing Comany
and United Electrical, Radio and Machine Workers
of America (UE) Pension Plan**
**plan was terminated on 12/31/2009**

TAXPAYER-IDENTIFICATION NUMBER (EIN)
04-1521630

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 30, 2014**              Signature: */s/ John  Ross Anderson*

**John  Ross Anderson, President**
<span style="font-size:small">Print Name and Title</span>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Lamson and Goodnow Manufacturing Company**
**SOFA Question #3b**

| | |
|---|---|
| DIP Lending, LLC | 8/13/14 - $12,500.00 |
| National Grange Mutual Insurance<br>PO Box 731178<br>Dallas, TX 75373 | 7/7/14 - $12,007.00 |
| Source 21, Inc.<br>PO Box 2100<br>Sound Beach, NY 11789 | 6/10/14 - $3,190.55<br>$9,548.70 |
| Travelers<br>450 Columbus Boulevard<br>Hartford, CT 06103 | 6/10/14 - $7,567.80 |
| United Performance Metals<br>PO Box 934502<br>Atlanta, GA 31193 | 6/10/14 - $2,709.70<br>7/22/14 - $12,841.92 |
| Zizik, Powers, O'Connell & Spaulding<br>690 Canton Street, Suite 306<br>Westwood, MA 02090 | 7/10/14 - $10,000.00 |